# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEAN FRANCOIS RIGOLLET, AN
INDIVIDUAL; LE MACARON LLC, A
NEVADA LIMITED LIABILITY
COMPANY; AND BYDOO, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellants,
vs.
MAX JOLY, AN INDIVIDUAL,
Respondent.

No. 74334

FILED

DEC 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal of appeal filed on December 5, 2017, this appeal is dismissed. NRAP 42(b)

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth Bro*

cc: Hon. Kathleen E. Delaney, District Judge
Cutter Law Firm, Chtd.
Jennings & Fulton, Ltd.
Eighth District Court Clerk

17- 44967